# United States Bankruptcy Court

Eastern District of Louisiana

DAVID POCHE

**09-12422**

Section B

## ORDER CONFIRMING CHAPTER 13 PLAN

Pursuant to a hearing held on November 18, 2009, the Court finds that the plan filed in this case on August 6, 2009, as amended, if applicable, complies with 11 U.S.C. 1325; therefore,

IT IS ORDERED, ADJUDGED AND DECREED:

1. That the plan is confirmed and that the debtor shall make payments to the Trustee and to any other parties according to the terms specified in the plan.

2. That all proceeds from the sale of property, proceeds from lawsuits or settlements, or tax refunds payable to the debtor shall be turned over to the Trustee for administration.

3. That the debtor shall provide to the Trustee, at least once every six months until the case is closed, a report on the status of any pending or potential lawsuit in which the debtor is or may be a plaintiff.

4. In cases filed on or after September 16, 2009, the Debtors' Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management (Official Form 23) is due no later than the date when the last payment is made by the debtor as required by the plan or the filing of a motion for a discharge under § 1328(b) of the Code.

5. Any and all objections to confirmation that were not withdrawn are denied.

6. The value of non-exempt property of the estate available for distribution to unsecured non-priority claims at confirmation is $20,560.86 (the "liquidation value").

New Orleans, Louisiana, November 23, 2009.

_J. A. Brown_
Jerry A. Brown
U.S. Bankruptcy Judge